U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 0 9 2007

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| CLARENCE SAMUELS | CIVIL ACTION NO. 04-859-P |
| VERSUS | JUDGE STAGG |
| ANGIE HUFF, ET AL. | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by the Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against Angie Huff, Jerry Goodwin, Lonnie Hay, Venetia Michael, Michael Rhodes and Richard Stalder are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 9th day of January 2007.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE