

RECEIVED
JAN 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

United States District Court

Western District of Louisiana

| | | |
|---|---|---|
| Clarence Samuels | RECEIVED<br>JAN 1 6 2007<br>ROBERT H. SHEMWELL, CLERK<br>WESTERN DISTRICT OF LOUISIANA<br>SHREVEPORT, LOUISIANA | #5:04 cv 859 P |
| v. | | Judge Stagg |
| Angie Huff, et al. | | Magistrate Judge Hornsby |

### Correction to Plaintiff's Request for Production of Documents

Paragraph 8 of the plaintiff's request for production of documents is hereby corrected to read:

8. N-1 and N-2 cellblock logbooks showing all inmate traffic for the day of March 3, 2003, and all shakedowns performed on January 14, 2003, January 17, 2003, and March 12, 2003.

### Certificate of Service

Plaintiff Clarence Samuels declares under penalty of perjury that he mailed a copy of the foregoing Correction to the court and to counsel for the defendants on January 9, 2007.

*Clarence Samuels*

### Order

Denied as unnecessary. The correction should be sent directly to opposing counsel. It is not necessary to send it to the court.

MJH
1-12-07