U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 1 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CLARENCE SAMUELS | CIVIL ACTION NO. 04-859-P |
| VERSUS | JUDGE STAGG |
| RAY HANSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Plaintiff Clarence Samuels has filed a motion to amend his complaint and add Jerry Goodwin and Angie Huff as defendants. [Doc. 105]. Plaintiff named Jerry Goodwin and Angie Huff as defendants in his original complaint. On January 9, 2007, this Court ordered that Plaintiff's claims against Jerry Goodwin and Angie Huff be dismissed without prejudice for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). [Doc. 88]. Defendants Jerry Goodwin and Angie Huff filed a memorandum in opposition to Plaintiff's motion to add defendants. [Doc. 107]. In said memorandum, Jerry Goodwin and Angie Huff assert that since Plaintiff's claims against them were dismissed, Plaintiff has taken no steps to exhaust administrative remedies as to the claims alleged against them.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to add defendants be **DENIED**.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this the _15_ day of _May_ 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE